

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00699-CV

**IN RE KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On July 27, 2023, Relator filed a petition for writ of mandamus and an emergency motion to stay the underlying suit. We denied the stay, and we requested a response. Real Party in Interest filed a response, and Relator filed a reply. Because the complained of order was facially self-contradictory, we remanded the cause and ordered the trial court to file an amended order.

We reinstate this original proceeding. Having considered the petition, response, reply, and record, including the amended order, we conclude Relator is not entitled to the relief sought. Accordingly, Relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-05873, styled *Thompson Business Forms, Inc. v. Konica Minolta Business Solutions U.S.A., Inc.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.